■ ANNIE HAUER et al., Appellants, v. GINO VERMIGLIO, Respondent. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Rabin, McNally and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARNOLD SCHILDHAUS, Appellant. — Judgment unanimously affirmed without prejudice, however, to an application by defendant to the Court of Special Sessions for a reconsideration of the sentence, provided that upon such application for reconsideration, the defendant consents to a complete probation investigation and report; such application to be made within 10 days. Settle order on notice. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ.

■ In the Matter of the Arbitration between STERN BROTHERS, Respondent, and DAVID LIVINGSTON, as President of District 65-CIO Retail, Wholesale and Department Store Union, et al., Appellants. — There has been no order entered by the Court of Appeals dismissing the appeal which appellants attempted to take as of right from the nonfinal order herein. We are therefore unable to entertain appellants' application for permission by this court to appeal under section 592 of the Civil Practice Act. Motion denied, without prejudice to such further proceedings as appellants may take after entry of the order dismissing the appeal. Concur — Peck, P. J., Breitel, Botein and Rabin, JJ. [See 2 A D 2d 553.]

■ AMERICAN SURETY COMPANY v. MANUFACTURERS TRUST COMPANY et al. — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Bergan, JJ. [See *ante*, p. 831.]

■ In the Matter of the Estate of EDWARD FINKENBERG, Deceased. JESSIE L. FINKENBERG, Appellant; ISRAEL FINKENBERG et al., as Trustees and Executors under the Will of EDWARD FINKENBERG, Deceased, Respondents. — Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Bergan, JJ. [See *ante*, p. 829.]

■ In the Matter of UNDERPINNING & FOUNDATION COMPANY, INC., Petitioner, against LAWRENCE E. GEROSA, as Comptroller of the City of New York, Respondent. — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Botein, Rabin, Frank and Valente, JJ. [See *ante*, p. 415.]

■ ELEANOR FERRARA et al., v. ANTHONY C. GALLUCHIO et al. — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Bergan, JJ. [See *ante*, p. 829.]

■ OTTO AUGSTEIN et al., Appellants-Respondents, v. ARTHUR LEVEY et al., Respondents; SKIATRON ELECTRONICS AND TELEVISION CORPORATION, Appellant-Respondent, and SKIATRON TV INC., et al., Appellants, et al., Defendants. — Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ. [See *ante*, p. 595.]